JANE M. FLYNN, ESQ. (SBN 167466)
jane.flynn@fedex.com
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 1100
Irvine, CA 92614
Telephone: (949) 862-4643
Facsimile: (901) 492-5641

Attorney for Defendant
FEDERAL EXPRESS CORPORATION,
successor in interest by merger to FEDEX
GROUND PACKAGE SYSTEM, INC.

J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PHILLIPS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM INC., a Delaware Corporation; FEDERAL EXPRESS CORPORATION, a Delaware corporation, successor by merger to FedEx Ground Package Systems, Inc.; DOES 1-100, inclusive,<br><br>Defendants. | **Case No. 5:26-cv-01228-SSS-SPx**<br><br>**Assigned to the**<br>**Hon. Sunshine Suzanne Sykes**<br><br>**ORDER DISMISSING THE CASE WITH PREJUDICE**<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE FILED CONCURRENTLY HEREWITH**<br><br>Complaint Filed: November 6, 2025<br>Trial Date:         Not Set |

Pursuant to Stipulation of the parties under FRCP Rule 41(A)(1)(ii), the Court hereby dismisses the above-captioned action in its entirety with prejudice, each side to bear their own costs and fees.

IT IS SO ORDERED.

DATED: June 16, 2026          By: _____
HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 1100
IRVINE, CA 92614

(324769)                                          1